UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY JONES
    PLAINTIFF

Case No.

-v-

FINANCIAL RECOVERY SERVICES, INC
    DEFENDANT

## COMPLAINT

Plaintiff, HENRY JONES, hereby sues Defendant, FINANCIAL RECOVERY SERVICES, INC.; and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

4. All conditions precedent to the bringing of this action have been performed, waived or excused.

### FACTUAL ALLEGATIONS

5. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FRCA 15 U.S.C. § 1681b, are not being met by DEFENDANT

6. Since August 2, 2010, PLAINTIFF's TRANSUNION consumer reports keeps showing a non-permissible purpose pull, that PLAINTIFF is not authorizing, been made by DEFENDANT. (See Exhibit A)

7. On May 8, 2012, an Unauthorized Credit Inquiry letter (See Exhibit B) was sent, via certified mail letter #7011 3500 0002 2526 0440, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

8. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the certified mail letter #7011 3500 0002 2526 0440, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

9. PLAINTIFF is still waiting for an answer to the Unauthorized Credit Inquiry letter from DEFENDANT.

10. On June 14, 2012, a Notice of Pending Lawsuit (See Exhibit C) was sent, via certified mail letter #7011 2000 0001 0289 0300, offering an opportunity to amicably settle violations to the FCRA outside of court, to the DEFENDANT.

11. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the registered mailed letter #7011 2000 0001 0289 0300, Notice of Pending Lawsuit, dated June 20, 2012, being evidence and confirmation that this letter was received by DEFENDANT.

12. PLAINTIFF respectfully comes, and ask, and demands to this court, remedy to all FCRA violations, against PLAINTIFF, been committed by DEFENDANT.

### COUNT I

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681 WILLFULL NON-COMPLIANCE BY DEFENDEANT**

13. Paragraphs 1 through 12 are re-alleged as though fully set forth herein.

14. The definition of a "consumer", within the meaning of FCRA 15 U.S.C. §1681a(c), describes the PLAINTIFF.

15. The definition of a "corporation", within the meaning of FCRA 15 U.S.C. §1681a(b), describes the DEFENDANT.

16. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FCRA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

17. Willful violations to the FCRA are being committed by the DEFENDANT. These violations include, but are not limited to, the following:

    a. On 1 occasion, PLAINTIFF's TRANSUNION consumer reports keeps showing non-permissible purpose inquiries/pulls, that PLAINTIFF is not authorizing, that are been made by DEFENDANT.

WHEREFORE, PLAINTIFF demands judgment for damages in the amount of $1,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n against DEFENDANT.

**WHEREFORE,** PLAINTIFF demands judgment for damages against DEFENDANT, and $1,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n(a)(3) and FCRA 15 U.S.C. §1681o(a).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 27, 2012

Respectfully submitted,
AUTHORIZED AGENT FOR HENRY JONES

*/s/ Henry Jones*

Henry Jones
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
858-956-7677

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was provided by U.S. Postal Service Certified Mail Receipt # 7011 3500 0002 2527 0648 to FINANCIAL RECOVERY SERVICES, INC, c/o C T CORPORATION SYSTEM, 5615 CORPORATE BLVD., STE. 400B, BATON ROUGE, LA 70808 this 27 day of June 2012.

*[signature: Henry Jones]*

Henry Jones
AUTHORIZED AGENT FOR HENRY JONES, PLANTIFF
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
858-956-7677

**Consumer Credit Report for** HENRY LAMONT JONES

File Number: 319991136
Page: 9 of 10
Date Issued: 04/11/2012

**TransUnion.**



**FINANCIAL REC SERVICES**
PO BOX 385908
MINNEAPOLIS, MN 55438
(877) 288-9426
**Requested On:** 08/02/2010



EXHIBIT A

## Credit Report Messages
Your credit report contains the following messages.

**SECURITY ALERT:** Extended Fraud Alert: Action may be required under FCRA before opening or modifying an account. Contact consumer at (225) 485-7523. (Note: This alert is set to expire in 05/2015.)

-End of Credit Report-

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

-Begin Additional Information-

## Additional Information
The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit file, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible OFAC Name Matches, Income Verification, and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

**To dispute online go to: http://transunion.com/disputeonline**

Certified Mail # 7011 3500 0002 2526 0440

HENRY JONES
37459 ULTIMA PLAZA BLVD
226
PRAIRIEVILLE, LA 70769


May 4, 2012

FINANCIAL RECOVERY SERVICES INC
PO BOX 385908
MINNEAPOLIS, MN 55438

Re: Unauthorized Credit Inquiry

Dear FINANCIAL RECOVERY SERVICES INC,

I recently received a copy of my Trans Union credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss and you did have my authorization to inquire into my credit report, then please send me proof from the original creditor of this alleged debt and your assignment giving you authorization to act on their behalf.

You have 5 days from the receipt of this letter to provide all of the above requested information.

Thanking you in advance.

Sincerely,

*[signature]*

Henry L Jones
(Authorized representative for HENRY JONES)
SSN# 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
*Attachment included.*


EXHIBIT B

**Consumer Credit Report for** HENRY LAMONT JONES

**File Number:** 319991136  
**Page:** 9 of 10  
**Date Issued:** 04/11/2012



**TransUnion.**





**FINANCIAL REC SERVICES**  
PO BOX 385908  
MINNEAPOLIS, MN 55438  
(877) 288-9426  
**Requested On:** 08/02/2010

## Credit Report Messages
Your credit report contains the following messages.

**SECURITY ALERT:** Extended Fraud Alert: Action may be required under FCRA before opening or modifying an account. Contact consumer at (225) 485-7523. (Note: This alert is set to expire in 05/2015.)

### -End of Credit Report-

## Should you wish to contact TransUnion, you may do so,

**Online:**  
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline  
For answers to general questions, please visit: www.transunion.com

**By Mail:**  
TransUnion Consumer Relations  
P.O. Box 2000  
Chester, PA 19022-2000

**By Phone:**  
(800) 916-8800  
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

### -Begin Additional Information-

## Additional Information
The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit file, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible OFAC Name Matches, Income Verification, and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

**To dispute online go to:** http://transunion.com/disputeonline

Certified Mail #    7011 2000 0001 0289 0300

HENRY L JONES
37459 ULTIMA PLAZA BLVD
SUITE 226
PRAIRIEVILLE LA 70769

June 14, 2012

FINANCIAL RECOVERY SERVICES INC
PO BOX 385908
MINNEAPOLIS, MN 55438

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure FINANCIAL RECOVERY SERVICES INC violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq*.

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If FINANCIAL RECOVERY SERVICES INC chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly via email at thetrivium422@gmail.com. This email is not to be shared or used for any purpose other than to address the matters at hand.

Respectfully,

*[signature]*

Henry L Jones
(Authorized Agent for HENRY L JONES)

EXHIBIT C