UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY JONES

VERSUS

FINANCIAL RECOVERY SERVICES, INC.

CIVIL ACTION

NO. 12-385-BAJ

## RULING AND ORDER

This matter is before the court on a motion (doc. 9) by defendant Financial Recovery Services, Inc. ("FRS") for judgment on the pleadings or, alternatively, for summary judgment. Plaintiff Henry Jones, who is proceeding pro se, has been notified of the motion. Mr. Jones has failed to file an opposition. There is no need for oral argument. The court has jurisdiction based on 28 USC §1331.

Plaintiff brings this action claiming that FRS accessed his credit report without a permissible purpose in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681. In support of its motion, FRS has filed an affidavit by defendant's CEO/President, which establishes that FRS had a permissible purpose in accessing the report, i.e., it did so in connection with debt collection efforts. Defendant's motion for summary judgment has been properly supported. Mr. Jones has failed to create a genuine issue of material fact for trial.

1

Accordingly, the alternative motion (doc. 9) for summary judgment is hereby GRANTED and this action will be dismissed.

Baton Rouge, Louisiana, this 1ST day of November, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA